IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| KIMBERLY ANDREWS, | ) | |
| | ) | |
| Plaintiff, | ) | No. 3:11-cv-01227 |
| | ) | |
| v. | ) | Judge Nixon |
| | ) | Magistrate Judge Griffin |
| OPS CONTRACTING SERVICES, LLC and | ) | |
| ENSAFE, INC., | ) | JURY DEMAND |
| | ) | |
| Defendants. | ) | |

## ORDER

Having been advised that the parties to this action have reached a settlement (*see* Doc. No. 75), the Court **ORDERS** that this action be **DISMISSED** without costs and without prejudice to the right, upon good cause shown within sixty (60) days, to reopen the action if the settlement is not consummated.

It is so ORDERED.

_____
JOHN T. NIXON, SENIOR JUDGE
UNITED STATES DISTRICT COURT